IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-452-CV





JERRY JOHNSON, INDIVIDUALLY, d/b/a JERRY JOHNSON COMPANY


AND d/b/a J & R INTERPRISES, AND ROYA P. JOHNSON,




 APPELLANTS


vs.





C. ANN WEAVER,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT



NO. 480,342, HONORABLE PETE LOWRY, JUDGE PRESIDING



 




PER CURIAM

 The appellants have filed an unopposed motion to dismiss this appeal. The motion
is granted. Tex. R. App. P. 59(a). Appellee's motion to dismiss the appeal is dismissed, and
appellants' motion for extension of time to file their brief is overruled.

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellants' Motion

Filed: December 22, 1993

Do Not Publish